IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GAC SHIPPING (USA), INC., <br><br>    Plaintiffs, <br><br>        v. <br><br> BRAVO SHIPPING AGENCY; ORLANDO BRAVO; JANE DOE; AND THE CONJUGAL PARTNERSHIP BETWEEN THEM, <br><br>    Defendants. | CIVIL NO. 2005-1674(JAF) |

**JUDGMENT**

WHEREFORE, default having been entered by the Clerk of the Court on August 30, 2005 against the defendants Bravo Shipping Agency, Orlando Bravo and the Conjugal Partnership of Orlando Bravo (Docket 7);

WHEREFORE, the plaintiff having set forth the computation of a sum certain of the debt of the defendants by competent evidence, said sum to be one hundred twenty four thousand, five dollars and five cents ($124,005.62);

NOW, THEREFORE, it is ORDERED, ADJUDGED and DECREED, that the plaintiff, GAG Shipping (USA), Inc., recover of the defendants Bravo Shipping Agency, Orlando Bravo and the Conjugal Partnership of Orlando Bravo the sum of one hundred twenty four thousand, five dollars and five cents ($124,005.62); with interests thereon at the rate provided by law on money judgments; and its costs of this action.

At San Juan, Puerto Rico, this 4th day of October, 2005.

S/JOSÉ A. FUSTÉ
CHIEF JUDGE
U.S. DISTRICT COURT